Douglas J. Rovens (SBN 106582)
drovens@rovenslamb.com
Steven A. Lamb (SBN 132534)
slamb@rovenslamb.com
ROVENS LAMB LLP
1500 Rosecrans Avenue, Suite 418
Manhattan Beach, California 90266
Telephone:  310.536.7830
Facsimile:  310.872.5489

Attorneys for Defendant and Counterclaimant
MICRO-TENDER INDUSTRIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL FOOD INNOVATIONS, INC., a Delaware Corporation,<br><br>                          Plaintiff,<br><br>vs.<br><br>WESTERN PROPERTY MANAGEMENT, LLC, a Nevada limited liability company; MARC MIRO, an individual; JACK WISE, an individual; JEFFREY COVEY, an individual; GERALD NORMAN, an individual; JAMES TERAN, an individual; SOLID GOLD FOODS, INC., a Delaware corporation; COMMERCIAL INTERNATIONAL CORPORATION, a Delaware corporation; MICRO-TENDER INDUSTRIES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Case No: 2:15-cv-00881 FMO (AGRx)<br><br>**DECLARATION OF DOUGLAS J. ROVENS IN SUPPORT OF MICRO-TENDER, INC.'S OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM**<br><br>Date:        July 30, 2015<br>Time:       10:00 a.m.<br>Courtroom: 22 (5th Floor)<br>Judge:      Hon. Fernando M. Olguin<br><br>Complaint Filed:  February 6, 2015<br>FAC Filed:  April 24, 2015<br>Trial Date:  May 17, 2016 |

1        I, Douglas J. Rovens, declare as follows:

2        1.    I am an attorney duly licensed to practice before all of the Courts of the State of California, and before this Court, and am counsel for defendant and counterclaimant Micro-Tender Industries, Inc. ("Micro-Tender") in this action. I make this declaration in support of Micro-Tender's opposition to the motion to dismiss Micro-Tender's counterclaim filed by plaintiff and counterdefendant, Global Food Innovations, Inc. ("GFI"). I make this declaration based on my personal knowledge, and if called as a witness could and would testify to the following facts:

2.    At GFI's counsel's request, I granted two extensions for GFI to respond to Micro-Tender's Counterclaim. The second extension to which I agreed required Plaintiff to respond to the Counterclaim by June 22, 2015.

3.    GFI's response to Micro-Tender's Counterclaim originally was due on June 8, 2015. Shortly before the responsive pleading was due to be filed, GFI's counsel at that time, Jessica McElroy, requested an extension within which to file GFI's responsive pleading. I agreed to an extension until June 18, 2015. During our telephone conference, I asked Ms. McElroy whether GFI intended to file a motion to dismiss. Ms. McElroy told me that GFI had not yet made a decision whether it intended to do so.

4.    On June 18, 2015, the day GFI's response to Micro-Tender's Counterclaim was due, GFI's prior counsel, Cheryl Chang, requested another extension within which to file GFI's responsive pleading. In connection with the requested extension to respond to Micro-Tender's Counterclaim, Ms. Chang did not tell me that GFI intended to file a motion to dismiss.

5.    The first mention by GFI's counsel of a motion to dismiss came in an email after Ms. Chang already had secured from me a second extension. Ms. Chang notified me of GFI's intention to file a motion to dismiss in an email sent in the late afternoon on Thursday, June 18, 2015, when she sent a draft stipulation to extend

1  the time to respond to the Counterclaim from June 18 until June 22, 2015, and in
2  that email also requested a Local Rule 7-3 meeting with respect to GFI's
3  contemplated motion to dismiss. GFI"s responsive pleading was due the following
4  Monday, June 22, 2015, and GFI's counsel had no excuse for the delay. I promptly
5  notified Ms. Chang that pursuant to Local Rule 7-3 any meeting to discuss GFI's
6  motion to dismiss should have occurred the prior Monday and to request such a
7  meeting late Thursday afternoon when GFI's responsive pleading would have been
8  due that same day, but for the extension to which I had just agreed, was not proper.

6. With respect to the "mutual dismissal and tolling agreement," proposed by Ms. Chang, she never mentioned during that telephone conference that GFI intended to file a motion to dismiss Micro-Tender's Counterclaim, or asserted that Micro-Tender's breach of contract claim was deficient as pled. I certainly did not know or consider our telephone conference to be a Local Rule 7-3 meeting with respect to any motion to dismiss by GFI.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of July 2015 at Manhattan Beach, California.

/s/ *Douglas J. Rovens*
Douglas J. Rovens

# PROOF OF SERVICE

*Global Food Innovations, Inc. v. Western Property Management, LLC, et al.*
USDC, Central District of California, Western Division
Case No. 2:15-cv-00881-FMO-AGR

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 Rosecrans Avenue, Ste. 418, Los Angeles, California 90266.

On July 9, 2015, I served the following document(s): **DECLARATION OF DOUGLAS J. ROVENS IN SUPPORT OF MICRO-TENDER, INC.'S OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM** on the interested parties on the attached service list as follows:

**(X)   BY U.S. MAIL (indicated parties only):** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I caused the above-referenced document to be mailed to counsel at the addresses listed above.

**( )   (BY ELECTRONIC MAIL):** I hereby certify that I served the above-described document on the interested parties in this action by attaching an electronic copy of that document to an e-mail addressed to the parties listed herein at their most recent e-mail address of record in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**(X)   CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

1
2
3
( )   **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight Courier), for delivery to the above address(es) and requested the delivery receipt.

4
5
( )   **BY FACSIMILE:**  I caused the above-referenced documents(s) to be transmitted to the noted addressee(s) at the fax number as stated.

6
7
Executed on July 9, 2015 at Los Angeles, California.

8
(**X**)   **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9
10
11
                            */S/ Tammy Cortez*
                              Tammy Cortez

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

PROOF OF SERVICE

# SERVICE LIST

*Global Food Innovations, Inc. v. Western Property Management, LLC, et al.*

| | |
|---|---|
| Alan K. Steinbrecher<br>Geoffrey T. Stover<br>STEINBRECHER & SPAN LLP<br>445 S. Figueroa St., Suite 2230<br>Los Angeles, CA 90071<br>asteinbrecher@steinbrecherspan.com<br>gstover@steinbrecherspan.com | Attorneys for Plaintiff, Global Food Innovations, Inc. |
| Glenn J. Plattner<br>Keith D. Klein<br>David Harford<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>glenn.plattner@bryancave.com<br>keith.klein@bryancave.com<br>david.harford@bryancave.com | Attorneys for Defendants, Western Property Management, LLC and Gerald Norman |
| Aaron Berger<br>LAW OFFICES OF<br>AARON BERGER<br>4338 1-2 Laurel Canyon Blvd.<br>Studio City, CA 91604<br>airberger@gmail.com | Attorney for Defendant, Marc Miro |
| David M. Berger<br>DAVID M. BERGER<br>LAW OFFICES<br>9430 Olympic Blvd., Suite 400<br>Beverly Hills, CA 90212 | Attorney for Defendant, Marc Miro |
| Jack Wise<br>375 W. Bedford Ave., Suite 101<br>Fresno, CA 93711<br>jack_oromundo@yahoo.com | In Pro Per Defendant, Jack Wise<br><br>**SERVED BY MAIL ONLY** |

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

PROOF OF SERVICE

| | |
|---|---|
| Byeongsook Seo<br>GORDON AND REES LLP<br>555 Seventeenth St., Suite 3400<br>Denver, CO 80202<br>bseo@gordonrees.com | Attorney for Defendants, Solid Gold Foods and James Teran |
| A. Louis Dorny<br>GORDON AND REES LLP<br>633 West Fifth St., 52nd Floor<br>Los Angeles, CA 90071<br>ldorny@gordonrees.com | Attorney for Defendants, Solid Gold Foods and James Teran |
| Jeff Reich, Esq.<br>The Reich Law Firm<br>8441 N. Millbrook Ave., Ste. 104<br>Fresno, CA 93705<br>Phone: (559) 440-1191<br>Fax: (559) 432-9092<br>Email: jreich@reichlaw.com | Attorney for Defendant Jeffrey Covey |
| Shane Reich, Esq.<br>The Reich Law Firm<br>8441 N. Millbrook Ave., Ste. 104<br>Fresno, CA 93705<br>Phone: (559) 440-1191<br>Fax: (559) 432-9092 | **SERVED BY MAIL ONLY** |

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

PROOF OF SERVICE